BARRY J. PORTMAN
Federal Public Defender
MANUEL U. ARAUJO,
Assistant Federal Public Defender
160 West Santa Clara Street, Suite 575
San Jose, CA  95113
Telephone:  (408) 291-7753

Counsel for Defendant LEATIOTA

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,           )<br>                                                              )<br>                       Plaintiff,           )<br>v.                                                         )<br>                                                              )<br>SAMANTHA LEATIOTA,                  )<br>                                                              )<br>                       Defendant.        )<br>_____) | No. CR 08-0767-JW<br><br>**ORDER CONTINUING SENTENCING HEARING TO APRIL 13, 2009** |

**ORDER**

Good cause appearing and by stipulation of the parties, it is hereby ordered that the sentencing hearing in the above-captioned matter shall be continued from March 9, 2009, to April 13, 2009, at 1:30 p.m.

Dated: February 6    , 2009

_____
JAMES WARE,
United States District Judge

Order Continuing Sentencing Hearing
No. CR 08-0767-JW                                              1