BARRY J. PORTMAN
Federal Public Defender
MANUEL U. ARAUJO,
Assistant Federal Public Defender
160 West Santa Clara Street, Suite 575
San Jose, CA 95113
Telephone: (408) 291-7753

Counsel for Defendant LEATIOTA

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | No. CR 08-00767-JW |
| Plaintiff, | XXXXXXXXXXX ORDER MODIFYING NOVEMBER 6, 2008, ORDER PERMITTING TRAVEL WITHIN THE EASTERN/CENTRAL DISTRICT OF CALIFORNIA |
| v. | |
| SAMANTHA LEATIOTA, | |
| Defendant. | **HON. PATRICIA V. TRUMBULL** |

**ORDER**

Good cause appearing, and by stipulation of the parties, it is hereby ordered that the Conditions of Release issue by U.S. Magistrate Judge Patricia V. Trumbull on November 6, 2008, should be amended to permit the defendant Samantha Leatiota to travel to Ridgecrest, California on Thursday, April 2, 2009, from her home by car to the Eastern/Central District of California to attend her grandfather's funeral with her entire family. The parties stipulate that she is to return to the Northern District of California on Sunday, April 5, 2009.

It is further stipulated that on the first business day following her return to the Northern District, Mrs. Leatiota shall contact United States Probation Officer Laura Weigel.

[Proposed] Order Modifying Conditions of
Release to Allow Travel
CR 08-00767-JW                                  1

1     All other conditions of her release previously ordered remain in full force and effect.

2 IT IS SO ORDERED:

3 Dated: April __1__, 2009

4

5 _____
PATRICIA V. TRUMBULL,
United States Magistrate Judge

[Proposed] Order Modifying Conditions of
Release to Allow Travel
CR 08-00767-JW      2