# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF CALIFORNIA

**\*E-FILED\***
**TOTAL TIME**: 12 mins

## CRIMINAL MINUTES

**Judge:** James Ware
**Date:** April 13, 2009
**Case No.:** CR-08-0767 JW
**Related Case No.:** N/A

**Courtroom Deputy:** Elizabeth Garcia
**Court Reporter:** Irene Rodriguez
**U.S. Probation Officer:** Aylin Raya
**Interpreter:** N/A

## TITLE

U.S.A. v. Samantha Leatiota (NC)

**Attorney(s) for Plaintiff(s):** Hanley Chew
**Attorney(s) for Defendant(s):** Manuel Araujo

## PROCEEDINGS

1. Judgment and Sentencing as to Count One of the Indictment
2. Government's Motion to Dismiss Counts Two and Three of the Indictment

## ORDER AFTER HEARING

Hearing held. Defendant present and in custody for proceedings. The Defendant was sentenced as to Count One of the Indictment. The Defendant was committed to FIVE (5) years probation; $100 special assessment; $59,392.43 restitution. The Government moved to dismiss Counts Two and Three of the Indictment. The Court GRANTED the motion. The Government moved to exonerate the bond. The Court GRANTED the request.

Elizabeth C. Garcia
Courtroom Deputy
Original: **Efiled/C. Escolano**
CC: