1  BRIAN J. STRETCH (CABN 163973)
   Acting United States Attorney
2
   ALEX G. TSE (CABN 152348)
3  Chief, Civil Division

4  JULIE C. REAGIN (CABN 167934)
   Assistant United States Attorney
5
        450 Golden Gate Avenue, Box 36055
6       San Francisco, California 94102-3495
        Telephone: (415) 436-7181
7       FAX: (415) 436-6570
        Julie.Reagin@usdoj.gov
8
   Attorneys for Plaintiff
9

10                   UNITED STATES DISTRICT COURT

11                  NORTHERN DISTRICT OF CALIFORNIA

12                         SAN JOSE DIVISION

13

14 | UNITED STATES OF AMERICA,          ) CASE NO. 08-0767 JW
                                        )
15 |       Plaintiff,                   ) [PROPOSED]
                                        ) ORDER GRANTING APPLICATION FOR
16 |    v.                              ) WRIT OF CONTINUING GARNISHMENT
                                        )
17 | SAMANTHA LEATIOTA aka SAMANTHA     )
     FAUMUINA,                          )
18                                      )
           Defendant,                   )
19                                      )
                                        )
20                                      )
                                        )
   YESVIDEO,                            )
21                                      )
           Garnishee.                   )
22                                      )

23
        Upon consideration of the United States' Application for Writ of Continuing Garnishment and
24
   for good cause shown,
25
        IT IS HEREBY ORDERED that the United States' Application for Writ of Continuing
26
   Garnishment is granted.
27

28

   ORDER GRANTING APPLICATION FOR WRIT OF CONTINUING GARNISHMENT
   CR 08-0767 JW                                 1

1      IT IS FURTHER ORDERED that the Clerk of the Court shall issue a Writ of Continuing

2 Garnishment to YesVideo, as Garnishee, for the purpose of garnishing property (including nonexempt

3 disposable earnings) in which Samantha Leatiota ("Defendant") has a substantial nonexempt interest, in

4 order to satisfy the judgment entered in the above-captioned case against the Defendant.

5      IT IS SO ORDERED.

6 Dated: _____

                                                      BETH LABSON FREEMAN
                                                    United States District Judge